MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:    (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL HITESMAN<br><br>Defendant. | Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ<br><br>**STIPULATION AND []<br>ORDER TO CONTINUE HEARING**<br><br><br>Date: March 27, 2014<br>Time: 9:00 a.m.<br>Hon. D. Lowell Jensen |

Defendant DANIEL HITESMAN, by and through his appointed counsel Michael

Hinckley, and the United States of America, by and through Assistant United States Attorney

Jeff Schenk, hereby stipulate and agree to continue the status conference in the above matters

from March 27, 2014 at 9:00 a.m. to May 1, 2014 at 9:00 a.m.

Good cause exists for this request in that these matters are trailing Mr. Hitesman's matter

CR 14-00010 LHK which has been continued to April 30, 2014.

Probation Officer Daniel Zurita has been informed of this requested continuance.

U.S. V. HITESMAN, CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ

1  **IT IS SO STIPULATED.**

2      3/26/2014                                    /s/ Jeff Schenk
     Dated: _____          _____
3                                                  JEFF SCHENK
                                        Assistant United States Attorney
4

5      3/26/2014                                    /s/Michael Hinckley
     Dated: _____          _____
6                                                  MICHAEL HINCKLEY
                                            Attorneys for Defendant
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. V. HITESMAN, CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ

1

**ORDER**

2

3          GOOD CAUSE APPEARING, upon stipulation of the parties, the date for hearing in this

4    matter is continued from March 27, 2014, to May 1, 2014, at 9:00 a.m.

5          IT IS SO ORDERED.

6

7    Dated: _____          _____
                                      Hon. D. LOWELL JENSEN
8                                     Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. V. HITESMAN, CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528
DLJ